Michael P. Sinks
Sinks Law Office, PLLC
PO Box 1870
Bozeman, MT 59771
phone: (406) 551-6851
fax: (406) 551-6076
Mike@SinksLawOffice.com

Attorney for Plaintiff

GALLATIN COUNTY CLERK
OF DISTRICT COURT
SANDY ERHARDT

2021 NOV 19 PM 2:49

FILED

BY ALK DEPUTY

**EIGHTEENTH JUDICIAL DISTRICT COURT, GALLATIN COUNTY, MONTANA**

| | |
|---|---|
| MAREE LUSBY,<br><br>    Plaintiff,<br><br>v.<br><br>LINCARE, INC., a/k/a LINCARE HOLDINGS, INC.,<br><br>    Defendant. | Cause No. DV-21-1256A<br><br>**COMPLAINT AND DEMAND FOR JURY TRIAL**<br><br>1 Summons Issued |

COMES NOW Plaintiff, by and through counsel, and for her Complaint against the above-named Defendant respectfully alleges as follows:

### PARTIES

1. During all times relevant, Plaintiff was a resident of Bozeman, Montana, in the county of Gallatin.

2. Defendant Lincare, Inc., is a foreign profit corporation organized under the laws of the state of Delaware, headquartered in Clearwater, Florida, with locations throughout the United States, including one in Bozeman, Montana.

### JURISDICTION AND VENUE

3. Plaintiff re-alleges and incorporates by this reference each and every allegation in the preceding paragraphs.

4. The acts and omissions giving rise to the claims in this lawsuit occurred in the county of Gallatin, in the state of Montana.

5. Venue is proper by virtue of Montana Code Annotated sections 25-2-122 and 25-2-115.

6. This Court has jurisdiction over the parties and subject matter of this lawsuit.

## FACTS COMMON TO ALL CLAIMS

7. Plaintiff re-alleges and incorporates by this reference each and every allegation in the preceding paragraphs.

8. In November, 2020, Plaintiff was employed by Defendant and had been for over two years.

9. Plaintiff was a competent, proficient, and valuable employee of Defendant who performed her job duties at or above the level required of her position.

10. On November 20, 2020, Defendant terminated Plaintiff's employment with Defendant.

11. At the time of Plaintiff's termination from employment, she had completed any probationary period.

## COUNT I – WRONGFUL DISCHARGE (Lack of Good Cause)

12. Plaintiff re-alleges and incorporates by this reference each and every allegation in the preceding paragraphs.

13. Defendant discharged Plaintiff from employment.

14. When Defendant discharged Plaintiff, she had completed any probationary period of employment.

15. Defendant's discharge of Plaintiff was not for good cause.

16.   Defendant's discharge of Plaintiff was wrongful.

17.   Defendant's discharge of Plaintiff's employment resulted in damages to Plaintiff.

## COUNT II – WRONGFUL DISCHARGE (Violation of Written Personnel Policies)

18.   Plaintiff re-alleges and incorporates by this reference each and every allegation in the preceding paragraphs.

19.   Defendant discharged Plaintiff from employment with Defendant.

20.   When Defendant discharged Plaintiff, she had completed any probationary period of employment.

21.   Defendant's discharge of Plaintiff was carried out in violation of Defendant's written personnel policies.

22.   Defendant's discharge of Plaintiff was wrongful.

23.   Defendant's wrongful discharge of Plaintiff's employment resulted in damages to Plaintiff.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff requests relief and judgment against Defendant as follows:

1.   An award of special and general damages as allowed by law in an amount to be determined by a jury, including but not limited to lost wages, benefits, lost employment opportunities, and costs of seeking new employment;

2.   An award of Plaintiff's costs and reasonable attorney's fees as allowed by law;

3.   Any other relief the Court deems just and fair.

## JURY DEMAND

Plaintiff hereby demands a trial by jury on issues so triable.

RESPECTFULLY SUBMITTED this 19th day of November, 2021.

Sinks Law Office, PLLC

By: _____
Michael P. Sinks
*Attorney for Plaintiff*