# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| MAREE LUSBY,<br><br>  Plaintiff,<br>v.<br><br>LINCARE INC. a/k/a LINCARE HOLDINGS, INC.<br><br>  Defendant. | Cause No. CV-22-16-BMM<br><br><br>**ORDER DISMISSING CASE WITH PREJUDICE** |

  The Court having reviewed the parties' joint motion to dismiss, and good cause appearing, IT IS ORDERED that this case is DISMISSED with prejudice, each side to bear its own costs and fees.

  DATED this 14th day of August, 2023.

_____
Brian Morris, Chief District Judge
United State District Court